IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TRACI GRAY,

    Petitioner,

v.

WARDEN NICOLE ENGLISH,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-696-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the petition of Traci Gray for a writ of habeas corpus under 28 U.S.C. § 2241 is denied for her failure to show that she is in custody in violation of federal law.

_____      __10/13/2011__
Peter Oppeneer, Clerk of Court                Date